UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BENJAMIN OSHEA CALHOUN, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-3001 |
| | § | |
| TONY VILLA, et al, | § § | |
| Defendants. | § | |

## ORDER

Before the Court is Magistrate Judge Frances H. Stacy's Memorandum and Recommendation filed August 7, 2017 (Doc. #74). The Court also considered Plaintiffs' Objections to Judge Stacy's Memorandum and Recommendation (Doc. #80) filed on August 21, 2017. Given Plaintiff's Objection to the Memorandum and Recommendation, Judge Stacy's findings and conclusions were reviewed de novo. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989). Having considered the arguments and the applicable law, the Court adopts Judge Stacy's Memorandum and Recommendation in full.[1] As such, Plaintiff's claims are DISMISSED WITH PREJUDICE. All pending Motions are DENIED as moot.

It is so ORDERED.

AUG 2 4 2017
Date

The Honorable Alfred H. Bennett
United States District Judge

---

[1] Plaintiff also filed Objections to this Court's Order Referring Case to Magistrate Judge (Doc. #64), Objections to Order on Motion to Compel and Request for District Judge Review (Doc. #73), Motions for Sanctions (Docs. #75, 76), and a Motion for Recusal (Doc. #78). As all these motions lack merit, each of the above motions is DENIED.